**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

Alejandra Borunda-Torres

    Debtor..

Case No. 20-13226 MER

Chapter 13

**ORDER DISMISSING CHAPTER 13 CASE**
**FOLLOWING CONFIRMATION OF PLAN**

THIS MATTER comes before the court for on motion to dismiss the within case filed by Lakeview Loan Servicing.. There having been no prior conversions, the Court

FINDS that:

1. Dismissal of this case is appropriate pursuant to 11 U.S.C. § 1307.
2. A plan has been confirmed.
3. No request for delayed revestment of property of the estate has been made.

IT IS THEREFORE ORDERED that:

1. THIS CASE IS DISMISSED. The clerk of court shall serve this order on all creditors and parties in interest within five (5) days.

2. In accordance with 11 U.S.C. § 349(b)(1) and (2), any transfer avoided under sections 522, 544, 545, 547, 548, 549, or 724(a) of Title 11, or preserved under sections 510(c)(2), 522(i)(2), or 551 of Title 11, is reinstated; any lien voided under section 506(d) of Title 11 is reinstated; and any order, judgment, or transfer ordered under sections 522(i)(1), 542, 550, or 553 of Title 11 is vacated.

3. All property of the estate, except payments made by Debtor(s) to the Trustee, shall revest in Debtor(s) as of the date of this Order pursuant to 11 U.S.C. § 349.

4. Within thirty (30) days of the date of this order, the Trustee shall distribute payments received from Debtor(s) in accordance with the terms of the confirmed plan. 11 U.S.C. § 1326(a)(2).

Dated November 25, 2020

BY THE COURT:

Michael E. Romero, Chief Judge
United States Bankruptcy Court